**Frank Florio, Appellant, v. Theresa Florio, Appellee.**

Gen. No. 47,147. 

First District, Third Division.

November 6, 1957.

Released for publication December 18, 1957.

Otto Schusterman, attorney for plaintiff-appellant; Anthony V. Champagne, and John W. Schelthoff, for defendant-appellee. Opinion by JUDGE FRIEND. **Not to be published in full.**